| | | | |
|---|---|---|---|
| Barron County DHHS v. C. K.† | 2016AP001378 through 2016AP001380 | 04–11–2017 | Affirmed |
| State v. Perkins† | 2016AP001427 CR | 04–04–2017 | Affirmed |
| State v. Walker | 2016AP001434 | 04–11–2017 | Affirmed |
| State v. Millard† | 2016AP001474 CR | 04–20–2017 | Affirmed |
| Marathon County v. P. X. | 2016AP001490 | 04–18–2017 | Affirmed |
| State v. J. J. S. | 2016AP001519 | 04–25–2017 | Affirmed |
| State v. Zieglmeier† | 2016AP001815 CR | 04–25–2017 | Affirmed |
| State v. D. W.† | 2016AP001827 | 04–11–2017 | Affirmed |
| Village of Fairwater v. Greenfield | 2016AP002072 | 04–26–2017 | Affirmed |
| County of Dodge v. Unser | 2016AP002172 | 04–06–2017 | Affirmed |
| State v. Steven T. De-lap† | 2016AP002196 CR | 04–20–2017 | Affirmed |
| State v. Sanders† | 2016AP002387 CR | 04–27–2017 | Affirmed |
| State v. K. C.† | 2017AP000032 | 04–25–2017 | Affirmed |
| Perik v. Kallies | 2017AP000063 FT | 04–27–2017 | Reversed and remanded |

† Petition to review filed.